

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00165-CR

BARNEY SAMUEL BRADSHAW, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR13-289

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Our review of the court reporter's record and clerk's record in this case indicates that both such records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Both records include the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporter's and clerk's records contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(f) of the Texas Rules of Appellate Procedure, to seal the electronically filed reporter's and clerk's records in this case.

IT IS SO ORDERED.

BY THE COURT

Date:   April 2, 2015